Certificate Number: 12433-PAE-DE-030551499

Bankruptcy Case Number: 13-19618



12433-PAE-DE-030551499

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 10, 2018, at 12:48 o'clock AM EST, Jon T. King completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 10, 2018    By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher