United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 13-19618-elf
Jon T King                                                      Chapter 13
     Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Dec 13, 2018
                              Form ID: 138NEW             Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db             +Jon T King,    1613 E. Cliveden Street,    Philadelphia, PA 19150-3311
13225724       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13183098       +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence Ctr,    701 Market Street,
                 Philadelphia, PA 19106-1538
13264451      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13204820       +PHILA GAS WORKS,    800 W MONTGOMERY AVE,3F,    PHILA, PA 19122-2898,    ATTN: BANKRUPTCY UNIT
13183101       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13230281        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13183102       +Wfds/Wds,    Po Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:40     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13190829        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2018 03:13:34
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13183094       +E-mail/Text: bsimmons@amsher.com Dec 14 2018 03:12:50     Amsher Collection Serv,
                 600 Beacon Pkwy W Ste 30,    Birmingham, AL 35209-3114
13266082        E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:40     City of Philadelphia,
                 Law Department - Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13186293        E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13183095       +E-mail/Text: mrdiscen@discover.com Dec 14 2018 03:10:56     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
13183096       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:14:21     Gecrb/Care Credit,
                 Po Box 981439,    El Paso, TX 79998-1439
13183097       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:13:24     Gecrb/Lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
13183100       +E-mail/PDF: cbp@onemainfinancial.com Dec 14 2018 03:13:43     Onemain,    Po Box 499,
                 Hanover, MD 21076-0499
13285533        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:51
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13183099*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage Ll,    350 Highland Dr,    Lewisville, TX 75067)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Virginia                Page 2 of 2                  Date Rcvd: Dec 13, 2018
                               Form ID: 138NEW              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              CARLA A. K. JAROSZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC CarlaJ@w-legal.com
              DAVID M. OFFEN    on behalf of Debtor Jon T King dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              KEVIN S. FRANKEL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
              THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Jon T King

    Debtor(s)

Bankruptcy No: 13−19618−elf

Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☐   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court<br>
Timothy B. McGrath<br>
Clerk of Court

Dated: 12/13/18

68 − 67<br>
Form 138_new